# United States Court of Appeals
## For the First Circuit

No. 09-1760

CRISPIN TORIBIO-CHAVEZ,

Petitioner,

v.

ERIC H. HOLDER, JR., ATTORNEY GENERAL,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on July 8, 2010 is amended as follows:

On page 7, line 2, change "fist" to "first".

On page 14, footnote 6, line 8, change "Gozales" to "Gonzales".